UNITED STATES DISTRICT COUR
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:24-cv-00155-MR

| | | |
|---|---|---|
| MAURICE D. RIVERS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| | ) | |
| TOWN OF MOORESVILLE, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on Plaintiff's Amended Complaint. [Doc. 17].

Pro se Plaintiff Maurice D. Rivers is currently detained at the Iredell County Jail & Detention Center in Statesville, North Carolina. He filed this action pursuant to 42 U.S.C. § 1983 on June 24, 2024, against the Town of Mooresville, Iredell County, the Mooresville Police Department ("MPD"), and three MPD officers. [Doc. 1]. On August 26, 2024, the Court dismissed Plaintiff's Complaint on initial review for Plaintiff's failure to state a claim for relief and as duplicative of another action Plaintiff had filed in this Court.[1]

---

[1] In dismissing Plaintiff's Complaint, the Court advised Plaintiff that he may seek to add the dismissed claims or Defendants to the Amended Complaint the Court allowed in Case No. 5:24-cv-00154. [Doc. 10 at 3].

[Doc. 10; see Case No. 5:24-cv-00154-GCM, Doc. 1]. On October 7, 2024, the Court denied Plaintiff's motion to reinstate this action for the reasons stated in that Order. [Doc. 18].

Now before the Court is Plaintiff's purported Amended Complaint [Doc. 17], which the Court will strike from the record in this matter. Plaintiff's Complaint was dismissed and no opportunity to amend was afforded for the reasons stated in the Court's initial review Order. [Doc. 10]. This action has been closed. Plaintiff cannot unilaterally reopen it by filing an amended Complaint. The Court, therefore, will strike Plaintiff's Amended Complaint.

## ORDER

**IT IS, THEREFORE, ORDERED** that Plaintiff's Amended Complaint [Doc. 17] is **STRICKEN** from the record in this matter.

**IT IS SO ORDERED**.

Signed: October 14, 2024

Martin Reidinger
Chief United States District Judge